Opinion approved by the Court.

Frank Joseph PASQUALE, Appellant,

v.

STATE of Texas, Appellee.

No. 32552.

Court of Criminal Appeals of Texas.

Nov. 30, 1960.

Clyde W. Woody, Houston, for appellant.

Dan Walton, Dist. Atty., Samuel H. Robertson, Jr., James T. Garrett, Asst. Dist. Attys., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Presiding Judge.

The offense is exhibition of lewd motion pictures; the punishment, 90 days in jail.

The information and the evidence are the same as reflected in our cause Pasquale v. State, 340 S.W.2d 304, and for the reasons therein set forth there is a fatal variance between the allegations and the proof.

The judgment is reversed and the cause is remanded.